IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN E. SCOTT | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv779 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION

Petitioner John E. Scott, previously a prisoner confined in the Texas prison system, filed the above-styled and numbered petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that the petition should be dismissed as time-barred.

The deadline for Mr. Scott to file objections was extended to April 23, 2019 (Dkt. #15). Mr. Scott's mother subsequently filed a notice on April 18, 2019 (Dkt. #17) revealing that Mr. Scott died in an automobile accident on March 9, 2019. Mr. Scott's mother requested to continue her son's case on his behalf. The court hereby **DENIES** such request.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the court. It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice as time-barred. A certificate of appealability is **DENIED**. It is finally

1

**ORDERED** that all motions not previously ruled on are **DENIED**.

**SIGNED** this the 27th day of May, 2019.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE